UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHING TSE YU,<br><br>    Defendant. | CASE NO. CV 07-05938 MMM<br>      CR 01-00190-MMM<br><br>JUDGMENT |

On September 13, 2007, petitioner Ching Tse Yu filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence that the court imposed in *United States v. Yu*, No. CR 01-00790 NM.  The court, having considered the record and the papers submitted by the parties,

IT IS ORDERED AND ADJUDGED

    1. That petitioner Ching Tse Yu's § 2255 motion be denied; and

    2. That the action be, and it hereby is, dismissed.

DATED: September 22, 2008

                       *Margaret M. Morrow*
                       MARGARET M. MORROW
                       UNITED STATES DISTRICT JUDGE